```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 12965
   DOMINIC R COSTANZO
   BRENDA O COSTANZO                          CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-0997    SSN XXX-XX-5756

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/06/2005 and was confirmed 06/20/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL                 SECURED             100.00        5.28         100.00
BENEFICIAL                 UNSEC W/INTER  NOT FILED           .00            .00
PRIMUS FINANCIAL SERVICE   SECURED            4433.59      161.21        4433.59
AT & T WIRELESS            UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE SERVICES       UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE                UNSEC W/INTER     1914.16       136.26        1914.16
CAPITAL ONE SERVICES       UNSEC W/INTER  NOT FILED           .00            .00
CAPITAL ONE SERVICES       UNSEC W/INTER  NOT FILED           .00            .00
CHICAGO MUNICIPAL EMPLOY   SECURED            8331.99      226.77        8331.99
CHICAGO MUNICIPAL EMPLOY   SECURED            4999.33      136.05        4999.33
JOSEPH MICHIELS DDS        UNSEC W/INTER     4367.46       350.78        4367.46
FLEET                      UNSEC W/INTER  NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           2450.69      196.82        2450.69
MARSHALL FIELDS            UNSEC W/INTER      459.91        37.56         459.91
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     9433.95       666.61        9433.95
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     1214.90        85.84        1214.90
RESURGENT ACQUISITION LL   UNSEC W/INTER     1162.08        81.11        1162.08
WELLS FARGO FINANCIAL IL   UNSEC W/INTER      975.23        84.77         975.23
INTERNAL REVENUE SERVICE   UNSEC W/INTER     7743.12       621.86        7743.12
JOSEPH MICHIELS DDS        UNSEC W/INTER         .00          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       2,670.21
DEBTOR REFUND              REFUND                                        1,252.46

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 57,000.00

PRIORITY                                         2,450.69
   INTEREST                                        196.82
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 12965 DOMINIC R COSTANZO & BRENDA O COSTANZO

```
SECURED                                                      17,864.91
    INTEREST                                                    529.31
UNSECURED                                                    27,270.81
    INTEREST                                                  2,064.79
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                          2,670.21
DEBTOR REFUND                                                 1,252.46
                                    ---------------    ---------------
TOTALS                                    57,000.00          57,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/13/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE